IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE AT COOKEVILLE

| | |
|---|---|
| BECKY A. SELBY, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | 2:20-CV-00016 |
| v. ) | |
| ) | Chief Judge Crenshaw |
| HOLLY T. SCHROEDER, ) | Magistrate Judge Newbern |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## WITNESS LIST

Comes now, Plaintiff/Counter-Defendant, Becky A. Selby ("Ms. Selby"), by and through counsel, and submits her Witness List:

A.  Becky A. Selby
    179 Enders Road
    Halifax, Pennsylvania 17032

    Ms. Selby is expected to testify as to the facts and circumstances surrounding the claims and defenses asserted in this matter.

B.  Art Selby
    179 Enders Road
    Halifax, Pennsylvania 17032

    Mr. Selby is expected to testify as to his knowledge of both his and Ms. Selby's interactions and communications with Holly T. Schroeder, David Schroeder, and Dr. John O'Brien. Mr. Selby is also expected to testify about the various claims and defenses asserted in this matter and the facts underlying same. He is also expected to testify as to the effects and damages sustained by Ms. Selby as a result of Holly T. Schroeder's conduct.

C.  Holly T. Schroeder
    1075 Reese Road
    Bethpage, Tennessee 37022

    Holly T. Schroeder is expected to provide testimony as to the claims, counter-claims, and defenses asserted in this matter.

D.  David Schroeder
    1075 Reese Road
    Bethpage, Tennessee 37022

    Mr. Schroeder is expected to have information regarding the parties' agreement and the origination of any purported written agreement.

E.  Dr. John O'Brien
    8970 Nashville Road
    Bowling Green, Kentucky 42101

    Dr. O'Brien is believed to be knowledgeable about Ms. Selby's picking up the horse and the agreement with Holly T. Schroeder regarding this matter.

F.  Rory Williams
    250 North Ellington Parkway
    Lewisburg, Tennessee 37091

    Mr. William is believed to be knowledgeable about Ms. Selby's attempts to obtain transfer of the registration, and knowledgeable of publication of defamatory statements by Holly T. Schroeder.

G.  Any witnesses identified by Defendant/Counter-Plaintiff, Holly T. Schroeder

Respectfully submitted,

/s/ W. Brantley Pierce
Ben M. Rose (#21254)
W. Brantley Pierce (#34603)
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
615-942-8295
ben@rosefirm.com
brantley@rosefirm.com

Attorneys for the Plaintiff/Counter-Defendant, Becky A. Selby

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served upon the following counsel of record via the Court's electronic case filing system, this 8th day of February, 2022.

Cynthia A. Sherwood (#20911)
201 Fourth Avenue North, Suite 1130
Nashville, Tennessee 37219
615-873-5670
cynthia@sherwoodlitigation.com

                                                s/ W. Brantley Pierce
                                                W. Brantley Pierce