# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE AT COOKEVILLE

| | |
|---|---|
| **BECKY A. SELBY,** | ) |
| Plaintiff/Counter-Defendant, | ) Case No. 2:20-CV-00016 |
| v. | ) |
| | ) Chief Judge Waverly D. Crenshaw, Jr. |
| **HOLLY T. SCHROEDER,** | ) Magistrate Judge Alistair E. Newbern |
| | ) |
| Defendant/Counter-Plaintiff. | |

## NOTICE OF APPEARANCE

Comes now Austin M. Correll, of the law firm of Sherwood Boutique Litigation, PLC, and hereby gives notice of his appearance as co-counsel for Defendant/Counter-Plaintiff Holly T. Schroeder in this matter.

Respectfully Submitted:

**Sherwood Boutique Litigation, PLC**

/s/ Austin M. Correll
Cynthia A. Sherwood (BPR# 20911)
Austin M. Correll (BPR# 39561)
201 Fourth Avenue N., Suite 1130
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via the Court's electronic case filing system:

| | |
|---|---|
| Benjamin M. Rose, Esq.<br>W. Brantley Pierce, Esq.<br>RoseFirm, PLLC<br>P.O. Box 1108<br>Brentwood, TN 37024<br>ben@rosefirm.com<br>brantley@rosefirm.com<br>*Counsel for Becky A. Selby* | Stephen S. Werner, Esq.<br>Werner Law Group<br>439A Walton Ave.<br>Hummelstown, PA 17036<br>stephen@wernerlawpa.com<br>*Counsel for Becky A. Selby* |

this the 17th day of February 2022.

/s/ Austin M. Correll