UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BECKY A. SELBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-cv-00016 |
| HOLLY T. SCHROEDER, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Defendant filed a Motion for Clarification regarding Plaintiff's TWHBEA Defamation Claim. (Doc. No. 211). Plaintiff shall respond no later than **5:00 p.m.** on **Sunday, February 20, 2022**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE