UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| BECKY A. SELBY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 2:20-cv-00016 |
| HOLLY T. SCHROEDER, | ) |
| Defendant. | ) |

## ORDER

In open Court, Holly T. Schroeder informed the Court that she was withdrawing her affirmative defense of failure of a condition precedent and anticipatory repudiation. Accordingly, those affirmative defenses are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE